**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

**Case No.** CV 07-5308-PSG (OP)    **Date:** September 10, 2008

**Title:** Steven Dombrowski v. Derral G. Adams, et al.

---

**PRESENT:** THE HONORABLE    OSWALD PARADA

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**   (IN CHAMBERS: MOTION FOR APPOINTMENT OF COUNSEL)

On August 28, 2008, petitioner filed a Request for Appointment of Counsel. The Court has considered petitioner's request.  Based on the Court's evaluation of the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved, the Court denies petitioner's motion without prejudice.  See Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  However, if an evidentiary hearing is held, the Court intends to appoint counsel to represent petitioner.  See Knaubert v. Goldsmith, 791 F.2d 722, 728-29 (9th Cir. 1986); Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.**

cc:   All Parties of Record

Initials of Deputy Clerk dts for mg

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL